**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**at COVINGTON**

**CRIMINAL CASE NO. 06-65-DLB**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

vs.                                              **ORDER**

**MELVIN JARVIS**                                                                     **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #29); and no objections thereto having been filed by Defendant, with the time to do so having now expired; and the Court having reviewed the Report and Recommendation and the case record and being otherwise sufficiently advised;

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. #29) be, and it is, hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and that Defendant Melvin Jarvis' Motion to Suppress (Doc. #21) be, and it is, hereby **DENIED.**

**IT IS FURTHER ORDERED** that the time period from January 8, 2007, through the date of this Order, totaling 30 days, is deemed excludable time pursuant to Title 18 U.S.C. § 3161(h)(1)(F).

This 7th day of February, 2007.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\CovCrim\2006\06-65 Order Denying MTSuppress.wpd